IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOUREY NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| vs. | ) | 2:16-cv-04946-TJS |
| | ) | |
| AMCOL SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS**

COMES NOW, AMCOL Systems, Inc., (hereinafter referred to as "Defendant"), Defendant in the above captioned case and moves this Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of this Motion, Defendant respectfully refers this Honorable Court to the accompanying Brief.

WHEREFORE, Defendant respectfully requests that this Motion be granted and that Plaintiff's Complaint be dismissed with prejudice.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter, Esquire
Ronald S. Canter, Esquire
Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant*

- 1 -

- 2 -

**CERTIFICATE OF SERVICE**

This is to certify that on September 21, 2016 I have served a copy of the within and foregoing Defendant's Motion to Dismiss by first class mail, postage prepaid to:

Jourey Newell
409 Brandywine Ln
King of Prussia, Pennsylvania 19406


/s/ Ronald S. Canter, Esquire
Ronald S. Canter, Esquire