IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOUREY NEWELL, | ) |
| Plaintiff, | ) Civil Action File No. |
| vs. | ) 2:16-cv-04946-TJS |
| AMCOL SYSTEMS, INC. | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

The parties herein, pursuant to Rule 41(a)(1)(A), stipulate that this case be entered as dismissed, without prejudice. Each party will pay its own costs and expenses.

_____
Jourey Newell, Plaintiff

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter, Esquire
Ronald S. Canter, Esquire
Bar #94000
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant*

1